# EXHIBIT A

MICHAEL L. GUISTI (Bar No. 200914)
LAW OFFICE OF MICHAEL L. GUISTI
10971 GARDEN GROVE BLVD., STE. E
GARDEN GROVE, CA 92843
Tel: (714)530-9690
Fax: (714)530-9684

Attorney for Plaintiffs,
And as successors in interest to the
ESTATE OF DECEDENT – BINH VAN NGUYEN

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
07/14/2017 at 11:17:46 PM
Clerk of the Superior Court
By Vicky Huang, Deputy Clerk

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER
### UNLIMITED JURISDICTION

| | |
|---|---|
| MICHELLE SUZANNE HADLEY<br>An Individual,<br><br>Plaintiffs<br>vs.<br><br>CITY OF ANAHEIM, Pewsey as an individual and in his official capacity, Segletes as an individual and in his official capacity, Lee as an individual and in his official capacity and Cunha as an individual and in his official; ANGELA MARIE DIAZ an individual, IAN RICHARD DIAZ an individual and DOES 1 to 100, inclusive,<br><br>Defendants. | 30-2017-00931894-CU-CR-CJC<br>Case No.: Judge Gregory H. Lewis<br><br>**COMPLAINT FOR:**<br>1. False Imprisonment;<br><br>Unlimited Civil Case<br>Demand over $25,000. |

MICHELLE SUZANNE HADLEY
An Individual,
    CITY OF ANAHEIM, Pewsey as an individual and in his official capacity, Segletes as an individual and in his official capacity, Lee as an individual and in his official capacity and Cunha as an individual and in his official; ANGELA MARIE DIAZ an individual, IAN RICHARD DIAZ an individual and DOES 1 to 100, inclusive allege as follows:

## INTRODUCTION

    This is an action for money damages brought pursuant to 42 U.S.C. § 1983, the Fourth and Fourteenth Amendments to the United States Constitution and the constitutional right to substantive due process and under the law of the State of California, against Doe police officers of the City of Anaheim, in their individual capacities and official capacity, PEWSEY as an individual and in his official capacity, SEGLETES as an individual and in his official capacity, LEE as an individual and in his official capacity and CUNHA as an individual and in his official; ANGELA MARIE DIAZ an individual, IAN RICHARD DIAZ an individual and DOES 1 to 100, inclusive allege as follows.

## VENUE

    Venue is proper in the Central District of Orange County in that Plaintiffs are informed and believe and therefore allege that all Defendants reside in the Central District, within the State of California. Venue is also proper, because virtually all of the events, acts, or omissions giving rise to the claims occurred in the Central District.

## PARTIES

1. MICHELLE SUZANNE HADLEY (hereinafter "PLAINTIFF"), was a resident of County of Orange at all relevant times herein.

2. Plaintiff is informed and believes and therefore alleges that Defendant, PEWSEY is an individual residing in Orange County, California and a police officer at City of Anaheim, Anaheim Police Department.

3. Plaintiff is informed and believes and therefore alleges that Defendant, SEGLETESS is an individual residing in Orange County, California and a police officer at City of Anaheim, Anaheim Police Department

4. Plaintiff is informed and believes and therefore alleges that Defendant, LEE is an individual residing in Orange County, California and a police officer at City of Anaheim, Anaheim Police Department.

5. Plaintiff is informed and believes and therefore alleges that Defendant, CUNHA is an individual residing in Orange County, California and a police officer at City of Anaheim, Anaheim Police Department.

6. Plaintiff is informed and believes and therefore alleges that Defendant, IAN RICHARD DIAZ is an individual residing in Orange County, California.

7. 6. Plaintiff is informed and believes and therefore alleges that Defendant, ANGELA MARIE DIAZ is an individual residing in Orange County, California

7. Plaintiffs are informed and believe and therefore allege that Defendants, DOE 2 to DOE 10, are and at all relevant times were individuals and a citizen of the State of California residing in Orange County, California and police officers at City of Santa Ana, AnaheimPolice Department.

8. Plaintiffs are informed and believe and therefore allege that Defendant, City of ANAHEIM, is and at all relevant times was a government municipality within the jurisdiction of the United States, located in Orange County, California.

12. On information and belief, the true names and capacities of the Defendants named herein as Does 11 to 100, inclusive, whether individual, partnership, corporate, associate or otherwise, are unknown to Plaintiffs who therefore sue such Defendants by fictitious names. Plaintiffs will amend this complaint to show such true names and capacities when they have been determined. The DOE Defendants and the named Defendants are collectively referred to in this Complaint as the "Defendants," unless otherwise stated or the context requires otherwise.

14. Plaintiffs are informed and believe and on that basis allege that at all times herein mentioned, each Defendant was the employee, agent, and servant of each of the other Defendants and in doing the things herein alleged, was acting within the course and scope of its authority as such, and with the consent of each of the other Defendants. Each of the individual Defendants are sued in both their individual capacities, as well as their official capacities as either Mayor of

the City of Anaheim or law enforcement personnel for the City of Anaheim including but not limited to Police Chief, , and each of the individual police officer Defendants as DOE Defendants later to be named upon ascertainment of their true names. The true names of Doe defendants will be pursued in discovery.

## GENERAL FACTUAL ALLEGATIONS

15. On June 01, 2016 at 2100 hours, Angela Diaz and Ian Diaz went to Anaheim police department and falsely reported threatening messages from Plaintiff. Angela Diaz and Ian Diaz falsely reported that from May 26, 2016 to June 01, 2016, Angela Diaz received numerous e-mails from Plaintiff. Angela Diaz believes Plaintiff obtained her email through her LinkedIn profile. Angela Diaz received some e-mails from Plaintiff direct e-mail address and the rest where from unknown e-mail addresses. Plaintiff initial e-mails only advised and warned Angela Diaz about her marriage with Ian Diaz. Angela Diaz told Plaintiff to stop contacting her, but Plaintiff continued to send her e-mails. The e-mails then, escalated by threating to kill, kidnap, rape, and torture Angela Diaz. Plaintiff stated several times "watch your back tonight and this week "and "I hope you are scared of death tomorrow." Angela Diaz also received graphic photographs of women being kidnapped and raped. See attached scanned images for the photographs and emails.

16. from June 24, 2017 to July 13, 2017, Angela Diaz and Ian Diaz made numerous false reports to the Anaheim Police department that Angela Diaz was sexually assaulted, raped or was the victim of attempted rape because of ads that plaintiff posted on craigslist.

17. Due to the False reports of Ian Diaz and Angela Diaz Plaintiff was falsely arrested and imprisoned on June 14, 2017 and bail was set at one million dollars. Plaintiff was unable to post bail and spent 88 days in Orange County Jail.

18. Although Plaintiff was released on her own recognizance, Plaintiff was still charged for crimes which carried sentences of 7 years tio life in prison.

19. On January 19, 2017, The Orange County District Attorney Exonerated Plaintiff of all wrong doing against Angela Diaz . The District attorney stated that Angela Diaz had concocted all of her statements against Plaintiff and Diaz herself staged the attacks and was responsible for the false craigslist ad activity

20. Angela Diaz was arrested and charged with multiple crimes against Plaintiff

## FIRST CAUSE OF ACTION

**(False Imprisonment By PLAINITFF AGAINST ALL DEFENDANTS)**

21. Plaintiffs reallege and incorporate by reference in this cause of action Paragraph Nos. 1-20 above.

22. On July 14, 2017, Plaintiff was seized, arrested, and prohibited from making any movement by all defendants because of the false statements and reports by Angela Diaz and Ian Diaz.

23. On or July 14, 2017, Defendants and each of them, falsely jailed and imprisoned Plaintiff.

24. Plaintiffs are informed and believe and on that basis allege that as the proximate result of the Defendants' wrongful conduct, Plaintiffs suffered injuries and losses entitling her to recover general and special damages.

25. Plaintiff is informed and believes and on that basis alleges that the individual Defendants are guilty of oppression, fraud, malice and despicable conduct entitling Plaintiff to an award of punitive and exemplary damages.

**PRAYER FOR RELIEF**

WHREFORE, Plaintiffs pray for judgment against the Defendants and each of them, unless specified otherwise, as follows:

On First Cause of Action:

1. For general damages in the amount to be proven;
2. For special damages in the amount to be proven;
3. For punitive and exemplary damages in an amount to be proven;

Dated: July 14, 2017

LAW OFFICE OF MICHAEL L. GUISTI

Attorney for Plaintiffs