Margaret A. McLetchie
McLetchie Law
1851 E. First Street #900
Santa Ana, CA 92705
T: (714) 232-8675
E: maggie@nvlitigation.com
CA Bar No.: 223240

Carrie A. Goldberg
C. A. Goldberg, PLLC
16 Court Street #2500
Brooklyn, NY 11241
T: (646)666-8908
E: carrie@cagoldberglaw.com
NYS Bar No.: 4542411
(pro hac vice)
*Attorneys for Plaintiff, Michelle Suzanne Hadley*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SUZANNE HADLEY, an individual,<br><br>Plaintiff,<br>vs.<br><br>CITY OF ANAHEIM, JAMES PEWSEY as an individual and in his official capacity, WILLIAM SEGLETES as an individual and in his official capacity, MICHAEL LEE as an individual and in his official capacity, MICHAEL CUNHA as an individual and in his official capacity, ANGELA MARIE DIAZ, an individual, IAN RICHARD DIAZ, an individual, DOES 1-10, inclusive,<br><br>Defendants. | **Case. No.:** 8:18-cv-01831-DOC-KES<br><br>**ORDER RE: STIPULATION AND AGREEMENT TO BE BOUND BY STIPULATED PROTECTIVE ORDER (ECF No. 42)** |

1

Plaintiff Michelle Suzanne Hadley, by and through her counsel of record, Defendants City of Anaheim, James Pewsey, William Segletes, Michael Lee, Michael Cunha, by and through their counsel of record, and Defendant Ian Richard Diaz, by and through his counsel of record, hereby stipulate and agree that Defendant Ian Richard Diaz shall be bound by and afforded all the rights

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

and protections as a Party as defined in and contemplated by the stipulated protective order entered by the Court on February 11, 2019 (ECF No. 42).

IT IS SO STIPULATED.

DATED: September 19, 2019.  **MCLETCHIE LAW**
/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
*Attorney of Plaintiff MICHELLE SUZANNE HADLEY*

DATED: September 19, 2019.  **C.A. GOLDBERG, PLLC**
/s/ Carrie A. Goldberg
CARRIE A. GOLDBERG
*Attorney of Plaintiff MICHELLE SUZANNE HADLEY*

DATED: September 19, 2019.  **ANAHEIM CITY ATTORNEY'S OFFICE**
/s/ Moses W. Johnson, IV
ROBERT FABELA
MOSES W. JOHNSON, IV
*Attorneys for Defendants CITY OF ANAHEIM, JAMES PEWSEY, WILLIAM SEGLETES, MICHAEL LEE and MICHAEL CUNHA*

DATED: September 19, 2019.  **WESIERSKI & ZUREK LLP**
/s/ Angela Walsh
ANGELA WALSH
*Attorneys for Defendant IAN DIAZ*

**ORDER**

IT IS SO ORDERED.

DATED: September 20, 2019

*Karen E. Scott*
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE