Margaret A. McLetchie
McLetchie Law
1851 E. First Street #900
Santa Ana, CA 92705
T: (714) 232-8675
E: maggie@nvlitigation.com
CA Bar No.: 223240

Carrie Goldberg
C.A. GOLDBERG, PLLC
16 Court Street, Suite 2500
Brooklyn, NY 11241
T: (646) 666-8908
E: carrie@cagoldberglaw.com
(pro hac vice)
*Attorneys for Plaintiff, Michelle Suzanne Hadley*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SUZANNE HADLEY, an individual,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CITY OF ANAHEIM, JAMES PEWSEY as an individual and in his official capacity, WILLIAM SEGLETES as an individual and in his official capacity, MICHAEL LEE as an individual and in his official capacity, MICHAEL CUNHA as an individual and in his official capacity, ANGELA MARIE DIAZ, an individual, IAN RICHARD DIAZ, an individual, DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **Case. No.:** 8:18-cv-01831-DOC-KES<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judge: Hon. David O. Carter**<br>**Courtroom: 9D**<br>**Trial Date: June 15, 2021** |

I1370272-1 MER-4871

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Michelle Suzanne Hadley and Defendant Ian Diaz have reached a settlement in this action, which was mediated by Magistrate Judge Karen Scott, and will result in a dismissal of the action as to Defendant Ian Diaz, a release of all claims, and consideration in a confidential amount . Plaintiff and Defendant Diaz are currently in the process of finalizing the agreement. Plaintiff Michelle Suzanne Hadley is in the process of finalizing execution of the settlement agreements with all other parties in this case.

DATED this 12th day of May, 2021.

**McLetchie Law**

By: */s/ Margaret A. McLetchie*
Margaret A. McLetchie, CA Bar No. 223240
*Attorney for Plaintiff, Michelle Hadley*

**C. A. Goldberg, PLLC**

By: */s/ Carrie A. Goldberg*
Carrie A. Goldberg
*Attorney for Plaintiff, Michelle Hadley*
(pro hac vice)

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2021, that service for the foregoing NOTICE OF SETTLEMENT to be electronically filed using the court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list or by mailing a true and correct copy by postage fully prepaid.

*Via Electronic Delivery to:*

| | |
|---|---|
| THOMAS WIANECKI | twianecki@wzllp.com |
| MICHELLE PRESCOTT | mprescott@wzllp.com |
| ANGELA L. WALSH | awalsh@wzllp.com |

**WESIERSKI & ZUREK LLP**
One Corporate Park, Suite 200
Irvine, CA 92606
Telephone: (949) 975-1000
*Attorneys for Defendant IAN DIAZ*

ROBERT FABELA
MOSES W. JOHNSON, IV           mjohnson@anaheim.net
**ANAHEIM CITY ATTORNEY'S OFFICE**
200 S. Anaheim Boulevard, Suite 356
Anaheim, CA 92805
Telephone: (714) 765-5169
*Attorneys for Defendants CITY OF ANAHEIM, JAMES PEWSEY, WILLIAM SEGLETES, MICHAEL LEE and MICHAEL CUNHA*

| | |
|---|---|
| SCOTT L. MACDONALD | smacdonald@macdonaldcody.com |
| DEAN L. CHALAMIDAS | dchalamidas@macdonaldcody.com |

**MACDONALD & CODY, LLP**
28 Executive Park, Third Floor
Irvine, CA 92614
Telephone: (714) 831-1713
*Attorneys for Defendant ANGELA DIAZ*

/s/ Lacey Ambro
Employee, MCLETCHIE LAW

I1370272-1 MER-4871                3